UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07237-ODW(JPRx) | Date | November 10, 2014 |
|---|---|---|---|
| Title | Luz Elena Escalante et al v. Burlington National Indemnity, Ltd, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila Enlgish | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)**   Order Vacating Hearing on **MOTION** to Remand Case [8]

The hearing on the above-referenced MOTION, scheduled for November 10, 2014 at 1:30 P.M., is hereby **VACATED** and taken off calendar. No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

: 00

Initials of Preparer   se